UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BUTLER, JAMES NORMAN, and
BUTLER, MARGO ELIZABETH,    Case No.: 6:07-bk-04777
                 Chapter 7
  Debtors.

## REPORT OF DEPOSIT TO COURT UNCLAIMED FUNDS ACCOUNT

  Scott R. Fransen, trustee of the above estate, reports that he has distributed the entire amount in the trustee=s account for this estate pursuant to the order of distribution, and that all checks have cleared with the exception of the following:

  Check no. 1013 in the amount of $2,985.15 in payment of Claim #14 of FIA Card Services, NA, Attn. Mr. BK, 1000 Samoset Dr., DE5 023 0303, Newark, DE 19713. The check has not cleared, and has not been returned.

  For checks returned undeliverable, no forwarding address was on file and all attempts to locate claimants were unavailing. For checks not cashed, more than ninety (90) days have passed since issuing the final distribution and a stop payment directive has been given to the bank.

  Pursuant to Bankr. Code sec. 347(a) and Rule 3011, checks in the amounts due and unpaid to each named creditor above have been drawn, payable to the Clerk, U.S. Bankruptcy Court, Court Unclaimed Fund Account, with the claimants listed with their last and best-known address.

  A copy of the Report and the original check have been mailed to the attention of Susan Magaditch, Financial Manager, U.S. Bankruptcy Court, 801 N. Florida Ave., Suite 727, Tampa, FL 33602, this 4th day of July, 2009.

/S/ Scott R. Fransen
Trustee
Fla. Bar no. 0994571
8787 Southside Blvd., #4908
Jacksonville, FL 32256

Telephone: 904.614.2100