UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BUTLER, JAMES NORMAN § Case No. 07-04777
BUTLER, MARGO ELIZABETH §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Scott R. Fransen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Scott R. Fransen_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SCOTT R. FRANSEN | | | | | |
| SCOTT R. FRANSEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ABC DISTRIBUTING | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| ATLROC | | | | | |
| BEALLS DEPARTMENT STOR | | | | | |
| CURRENT CONTROL INC | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| FIA CARD SERVICES NA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA CARD SERVICES NA | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TRUGREEN CHEMLAWAN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

| Case No: | 07-04777 ABB Judge: Arthur B. Briskman | Trustee Name: | Scott R. Fransen |
|---|---|---|---|
| Case Name: | BUTLER, JAMES NORMAN | Date Filed (f) or Converted (c): | 10/04/07 (f) |
| | BUTLER, MARGO ELIZABETH | 341(a) Meeting Date: | 11/07/07 |
| For Period Ending: | 08/23/10 | Claims Bar Date: | 08/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY 3701 Gatlin Dr. Rockledge, FL 32955 | 400,000.00 | 323,028.00 | OA | 0.00 | FA |
| 2. REAL PROPERTY 4397 Four Lakes Dr., Melbourne, FL 32940 | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 3. REAL PROPERTY 1917 Mosswood Dr., Melbourne, FL 32935 | 99,000.00 | 0.00 | OA | 0.00 | FA |
| 4. REAL PROPERTY 232 San Juan Circle, Melbourne, FL 32935 | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 5. REAL PROPERTY lot no. 24 IGLS, Helen, GA 30545 | 28,000.00 | 0.00 | OA | 0.00 | FA |
| 6. CASH ON HAND | 20.00 | 20.00 | DA | 0.00 | FA |
| 7. BANK ACCOUNTS | 140.00 | 140.00 | | 63.00 | FA |
| 8. HOUSEHOLD GOODS AND FURNISHINGS | 1,507.00 | 1,507.00 | | 612.00 | FA |
| 9. BOOKS AND ART OBJECTS | 10.00 | 10.00 | DA | 0.00 | FA |
| 10. WEARING APPAREL | 125.00 | 125.00 | DA | 0.00 | FA |
| 11. FURS AND JEWELRY | 530.00 | 530.00 | DA | 0.00 | FA |
| 12. FIREARMS AND HOBBY EQUIPMENT | 80.00 | 80.00 | DA | 0.00 | FA |
| 13. AUTOMOBILES AND OTHER VEHICLES 2005 Chevy Silverado 3500 Diesel | 24,575.00 | 24,575.00 | DA | 0.00 | FA |
| 14. AUTOMOBILES AND OTHER VEHICLES 2002 Honda Civic LX | 8,800.00 | 8,800.00 | DA | 0.00 | FA |
| 15. AUTOMOBILES AND OTHER VEHICLES 1979 GMC 6000 Flat Bed with Bucket | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 16. AUTOMOBILES AND OTHER VEHICLES Trailer | 500.00 | 500.00 | | 225.00 | FA |

LFORM1

Ver: 15.20

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

Case No: 07-04777 ABB Judge: Arthur B. Briskman
Case Name: BUTLER, JAMES NORMAN
BUTLER, MARGO ELIZABETH

Trustee Name: Scott R. Fransen
Date Filed (f) or Converted (c): 10/04/07 (f)
341(a) Meeting Date: 11/07/07
Claims Bar Date: 08/04/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. MACHINERY, FIXTURES, AND BUSINESS E  1989 stump grinder | 500.00 | 500.00 | | 500.00 | FA |
| 18. MACHINERY, FIXTURES, AND BUSINESS E  1999 skid steer load and trailer | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 19. MACHINERY, FIXTURES, AND BUSINESS E  1997 Brush Chipper  Debtor overpaid Buyback agreement | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 20. LATE CHARGES ON BUYBACK AGREEMENT (u) | 0.00 | 300.00 | | 300.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.94 | Unknown |

TOTALS (Excluding Unknown Values)     $858,787.00     $365,115.00     $5,702.94

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending Debtor's buyback of all non-exempt property for $5,400 (Assets 7, 8, 16, 17,18, 19)

Paid $2,000 down + $340/mo for 10 mos. (5/1/08 - 2/5/09)

04/28/08 Notice of Sale

8/22/08: Claims reviewed.

1/12/09: Debtor called. Behind in payments. Will pay $667.50 per month Feb., March, April, May.

6/25/09: Debtor made final payment, but exceeded buyback due to late charges. Paid in full.

Initial Projected Date of Final Report (TFR): 06/30/09     Current Projected Date of Final Report (TFR): 10/31/09

LFORM1

Ver: 15.20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 07-04777 -ABB | Trustee Name: | Scott R. Fransen |
|---|---|---|---|
| Case Name: | BUTLER, JAMES NORMAN | Bank Name: | BANK OF AMERICA, N.A. |
| | BUTLER, MARGO ELIZABETH | Account Number / CD #: | *******3174 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7621 | | |
| For Period Ending: | 08/23/10 | Blanket Bond (per case limit): | $ 30,651,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/08 | * NOTE * | Jacob Speicher Trust Account<br>653 Brevard Ave.<br>Cocoa, FL 32922 | * NOTE * Properties 7, 8, 16, 17, 18 | 1129-000 | 2,000.00 | | 2,000.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.03 | | 2,000.03 |
| 05/16/08 | 18 | JAMES NORMAN BUTLER<br>3582 SIDE WHEEL DRIVE<br>ROCKLEDGE, FL 32955 | | 1129-000 | 365.00 | | 2,365.03 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.26 | | 2,365.29 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.30 | | 2,365.59 |
| 07/09/08 | 18 | JAMES NORMAN BUTLER<br>DBA Arbor-Tech Tree Service<br>3582 SIDE WHEEL DRIVE<br>ROCKLEDGE, FL 32955 | | 1129-000 | 365.00 | | 2,730.59 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.33 | | 2,730.92 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.34 | | 2,731.26 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.34 | | 2,731.60 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.26 | | 2,731.86 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.22 | | 2,732.08 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 2,732.22 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,732.24 |
| 02/20/09 | 18, 19 | JAMES NORMAN BUTLER<br>6456 Dimoda Lane<br>Apt. 110<br>Viera, FL 32940 | | 1129-000 | 340.00 | | 3,072.24 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,072.26 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,072.29 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,072.36 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,072.43 |

Page Subtotals 3,072.43 0.00

LFORM24

Ver: 15.20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| | |
|---|---|
| Case No: | 07-04777 -ABB |
| Case Name: | BUTLER, JAMES NORMAN |
| | BUTLER, MARGO ELIZABETH |
| Taxpayer ID No: | *******7621 |
| For Period Ending: | 08/23/10 |

| | |
|---|---|
| Trustee Name: | Scott R. Fransen |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3174 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 30,651,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/09 | 19, 20 | National City Bank Official Check<br><br>from Margo Butler, remitter | | 1129-000 | 2,630.00 | | 5,702.43 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 5,702.52 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,702.67 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,702.82 |
| 09/28/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 5,702.94 |
| 09/28/09 | | Transfer to Acct #*******0124 | Final Posting Transfer | 9999-000 | | 5,702.94 | 0.00 |
| | | | COLUMN TOTALS | | 5,702.94 | 5,702.94 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,702.94 | |
| | | | Subtotal | | 5,702.94 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,702.94 | 0.00 | |

Page Subtotals    2,630.51    5,702.94

LFORM24

Ver: 15.20

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 07-04777 -ABB | | Trustee Name: | Scott R. Fransen |
| --- | --- | --- | --- | --- |
| Case Name: | BUTLER, JAMES NORMAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | BUTLER, MARGO ELIZABETH | | Account Number / CD #: | *******0124 Checking Account |
| Taxpayer ID No: | *******7621 | | | |
| For Period Ending: | 08/23/10 | | Blanket Bond (per case limit): | $ 30,651,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/09 | | Transfer from Acct #*******3174 | Transfer In From MMA Account | 9999-000 | 5,702.94 | | 5,702.94 |
| 01/23/10 | 001000 | Scott R. Fransen<br>P.O. Box 4965<br>Winter Park, FL 32793-4965 | Chapter 7 Compensation/Fees | 2100-000 | | 1,320.29 | 4,382.65 |
| 01/23/10 | 001001 | Scott R. Fransen<br>P.O. Box 4965<br>Winter Park, FL 32793-4965 | Chapter 7 Expenses | 2200-000 | | 372.39 | 4,010.26 |
| 01/23/10 | 001002 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM"S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000001, Payment 4.23184% | 7100-000 | | 29.95 | 3,980.31 |
| 01/23/10 | 001003 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD"S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000002, Payment 4.23166% | 7100-000 | | 121.48 | 3,858.83 |
| 01/23/10 | 001004 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000003, Payment 4.23155% | 7100-000 | | 10.68 | 3,848.15 |
| 01/23/10 | 001005 | Current Control Inc<br>Electrical Contractors<br>5255 Corporate Ct<br>Melbourne FL 32940-0000 | Claim 000004, Payment 4.23173% | 7100-000 | | 59.35 | 3,788.80 |
| 01/23/10 | 001006 | ABC Distributing<br>LTD Commodities LLC<br>PO Box 296 | Claim 000005, Payment 4.23158% | 7100-000 | | 5.65 | 3,783.15 |

Page Subtotals      5,702.94      1,919.79

LFORM24

Ver: 15.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| | |
|---|---|
| Case No: 07-04777 -ABB | Trustee Name: Scott R. Fransen |
| Case Name: BUTLER, JAMES NORMAN | Bank Name: BANK OF AMERICA, N.A. |
| BUTLER, MARGO ELIZABETH | Account Number / CD #: *******0124 Checking Account |
| Taxpayer ID No: *******7621 | |
| For Period Ending: 08/23/10 | Blanket Bond (per case limit): $ 30,651,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Northbrook IL 60065-0296 | | | | | |
| 01/23/10 | 001007 | Bealls Department Stor<br>Po Box 25207<br>Bradenton FL 34206-0000 | Claim 000007, Payment 4.23203% | 7100-000 | | 46.62 | 3,736.53 |
| 01/23/10 | 001008 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000008, Payment 4.23283% | 7100-000 | | 18.26 | 3,718.27 |
| 01/23/10 | 001009 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000009, Payment 4.23189% | 7100-000 | | 18.95 | 3,699.32 |
| 01/23/10 | 001010 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000010, Payment 4.23194% | 7100-000 | | 18.72 | 3,680.60 |
| 01/23/10 | 001011 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000011, Payment 4.23194% | 7100-000 | | 39.28 | 3,641.32 |
| 01/23/10 | 001012 | Trugreen Chemlawan<br>5120 Commercial Drive<br>Melbourne FL 32940-0000 | Claim 000012, Payment 4.23173% | 7100-000 | | 20.27 | 3,621.05 |
| 01/23/10 | 001013 | FIA Card Services NA<br>Attn Mr BK<br>1000 Samoset Dr<br>DE5 023 03 03<br>Newark DE 19713 | Claim 000013, Payment 4.23172%<br>(13-1) 5304 | 7100-000 | | 197.36 | 3,423.69 |
| 01/23/10 | 001014 | FIA Card Services NA<br>Attn Mr BK | Claim 000014, Payment 4.23182%<br>(14-1) 6563 | 7100-000 | | 2,985.15 | 438.54 |

Page Subtotals    0.00    3,344.61

LFORM24

Ver: 15.20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 07-04777 -ABB | Trustee Name: | Scott R. Fransen |
|---|---|---|---|
| Case Name: | BUTLER, JAMES NORMAN | Bank Name: | BANK OF AMERICA, N.A. |
| | BUTLER, MARGO ELIZABETH | Account Number / CD #: | *******0124 Checking Account |
| Taxpayer ID No: | *******7621 | | |
| For Period Ending: | 08/23/10 | Blanket Bond (per case limit): | $ 30,651,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/23/10 | 001015 | 1000 Samoset Dr<br>DE5 023 03 03<br>Newark DE 19713<br>ATLROC<br>600 N Point Pkwy<br>Alpharetta, GA 30005 | Claim 000016, Payment 4.23182%<br>(16-1) CONTRACT FOR DIRECTORY<br>ADVERTISING CHARGES | 7100-000 | | 438.54 | 0.00 |

```
                                    COLUMN TOTALS              5,702.94      5,702.94         0.00
                            Less:  Bank Transfers/CD's         5,702.94          0.00
                                    Subtotal                       0.00      5,702.94
                            Less:  Payments to Debtors                            0.00
                                    Net                            0.00      5,702.94
                                                                              NET          ACCOUNT
                         TOTAL - ALL ACCOUNTS             NET DEPOSITS    DISBURSEMENTS    BALANCE
  Money Market Account (Interest Earn - ********3174)         5,702.94          0.00         0.00
             Checking Account - ********0124                      0.00      5,702.94         0.00
                                                         -----------------  ---------------  --------------
                                                              5,702.94      5,702.94         0.00
                                                         =================  ===============  ==============
                                                         (Excludes Account  (Excludes Payments  Total Funds
                                                             Transfers)        To Debtors)      On Hand
```

Page Subtotals  0.00  438.54

LFORM24

Ver: 15.20